IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GEORGE KALMAN | : | CIVIL ACTION |
| v. | : | |
| PEDRO A. CORTES, et al. | : | NO. 09-684 |

### ORDER

AND NOW, this 28th day of July, 2009, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that Defendant's Motion to Dismiss for Improper Venue, or in the Alternative, to Transfer to the Middle District of Pennsylvania (Doc. No. 4) will be DENIED.

BY THE COURT:

s/Michael M. Baylson

Michael M. Baylson, U.S.D.J.

O:\CIVIL 09-10\09-684 Kalman v. Cortes\Kalman - Order Mot change venue.wpd