IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GEORGE KALMAN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PEDRO A. CORTES, et al. | : | NO. 09-684 |

## ORDER

AND NOW, this 30th day of June, 2010, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that Plaintiff's Motion for Summary Judgment (Doc. No. 21) is GRANTED, and Defendant's Motion for Summary Judgment (Doc. No. 17) is DENIED. Judgment is entered for Plaintiff and against Defendant. The Clerk shall mark this case closed for statistical purposes

BY THE COURT:

/s/ Michael M. Baylson
Michael M. Baylson, U.S.D.J.

A:\Kalman v. Cortes -- MSJ Order.wpd